# Exhibit A



**U.S. DEPARTMENT OF HOMELAND SECURITY**
**Bureau of Customs and Border Protection**

## FACSIMILE TRANSMITTAL
CD 2110-035

Date:                                                                                              Control Number:

**TO**

| | |
|---|---|
| Name: | Trust & Safety - Legal Policy |
| Organization: | Twitter Inc |
| Fax Number: | [redacted] |
| Number of Pages (including cover): | 4 |

**FROM**

| | |
|---|---|
| Sender: | SA Adam Hoffman |
| Originating Location: | DHS Customs and Border Protection |
| Return FAX Number: | 1-202-344-1258 |
| Voice Number: | 1-202-344-3194 |

**REMARKS**

Please complete the Acknowledgment of Receipt and return to Fax # 1-202-344-1258

Important: This document may contain confidential and sensitive U.S. Government information. Please deliver it immediately only to the intended recipient(s) listed above. The Bureau of Customs and Border Protection has not approved the documents review, retransmission, dissemination or use by anyone other than the intended recipient(s).

CBP Form 3 (05/03)

| To (Name, Address, City, State, Zip Code)<br>Twitter, Inc.<br>c/o Trust & Safety - Legal Policy<br>1355 Market Street, Suite 900<br>San Francisco, CA 94103 | DEPARTMENT OF HOMELAND SECURITY<br>**SUMMONS NOTICE**<br>to Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|

Attached is a copy of a summons served by U.S. Immigration and Customs Enforcement (ICE) or U.S. Customs and Border Protection (CBP), both agencies within the Department of Homeland Security (DHS), to examine records or to request testimony relating to records of your business transactions or affairs which have been made or kept by the person named in Block 1 of the summons.

If you object to the examination of these records, you may stay (prevent) examination of the records until a summons enforcement proceeding is commenced in court. Compliance with the summons will be stayed if, not later than the day before the date indicated in Block 2 of the summons, you advise the person summoned (the person named in Block 1), in writing, not to comply with the summons, and you send a copy of that notice by registered or certified mail to the CBP Officer or ICE Special Agent who issued the summons at the address shown in Block 6 of the summons.

CBP or ICE may begin an action to enforce the summons in the appropriate United States District Court. In such cases, you will be notified and you will have the right to intervene and present your objections before the court. The court will decide whether the person summoned should be required to comply with the summons.

If the court issues an order to comply with the summons and the person summoned fails to comply, the court may punish such failure as a contempt of court. Other sanctions may be provided by law.

If you have any questions regarding this matter, please contact the CBP Officer or ICE Special Agent before whom the summoned person is required to appear. The CBP Officer's or ICE Special Agent's name and telephone number are given in Block 2 of the summons.

DHS Form 3115A (6/09)

| 1. To (Name, Address, City, State, Zip Code)<br>Twitter, Inc.<br>c/o Trust & Safety - Legal Policy<br>1355 Market Street, Suite 900<br>San Francisco, CA 94103 | DEPARTMENT OF HOMELAND SECURITY<br>**SUMMONS**<br>to Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|
| Summons Number 2017012 | Case Number: 201704511 |

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (ICE) Special Agent named in Block 2 at the place, date, and time indicated to testify and give information.

(B) ☒ **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or ICE Special Agent named in Block 2 at the place, date, and time indicated.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and ICE.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or ICE Special Agent before whom you are required to appear<br>Name Adam Hoffman<br>Title Special Agent<br>Address 1300 Pennsylvania Ave. N.W. Room 8.3<br>Washington D.C. 20229<br>Telephone Number 1-202-344-3194 | (B) Date 03/13/2017<br>(C) Time 11:45 ☒ a.m. ☐ p.m. |
|---|---|

3. Records required to be produced for inspection
All records regarding the twitter account @ALT_USCIS to include, User names, account login, phone numbers, mailing addresses, and I.P addresses.

You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.

Issued under authority of section 509, Tariff Act of 1930, as amended by Public law 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002

| 4. Name of person authorized to serve this summons or any other CBP Officer or ICE Special Agent<br>Special Agent Adam Hoffman | 5. Date of issue 03/14/2017<br><br>By *Stephen P. Caruso* (Signature) |
|---|---|
| If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2. | 6. Name, title, address, and telephone number of person issuing this summons<br>Name Stephen P. Caruso<br>Title Special Agent in Charge<br>Address 11606 City Hall Promenade<br>Suite 400, Miramar, FL 33025<br>Telephone Number (954) 843-5068 |

DHS Form 3115 (6/09)

## CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

### A. CERTIFICATE OF SERVICE OF SUMMONS

I certify that I served the summons on the front of this form as follows:

| | | |
|---|---|---|
| ☐ I delivered a copy of the summons to the person to whom it was directed, as follows: | **Address or Location** | **Date** <br><br> **Time** <br><br> ☐ a.m.  ☐ p.m. |
| ☒ (For corporations, partnerships, and unincorporated associations which may be sued under a common name) <br><br> I delivered a copy of the summons to an officer, managing or general agent, or agent authorized to accept service of process as follows: | **Address or Location** <br> Twitter, Inc. <br> c/o Trust & Safety – Legal Policy <br> 1355 Market Street, Suite 900 <br> San Francisco, CA 94103 <br><br> **Name of person to whom the summons was delivered** <br> Faxing to ▮▮▮▮▮ (attn: Trust & Safety – Legal Policy) | **Date** <br> 03/13/2017 <br><br> **Time** <br> 11:45 <br> ☒ a.m.  ☐ p.m. |

Signature: /s/

Title: Special Agent

Date: 03/13/2017

### B. ACKNOWLEDGMENT OF RECEIPT

I acknowledge receipt of a copy of the summons on the front of this form.

Signature:

| Title | Date | Time |
|---|---|---|
| | | ☐ a.m. <br> ☐ p.m. |

DHS Form 3115 (6/09)