AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| TWITTER, INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; JOHN F. KELLY, in his official capacity as Secretary of Homeland Security; KEVIN K. MCALEENAN, in his official capacity as Acting Commissioner, U.S. Customs and Border Protection; STEPHEN P. CARUSO, in his official capacity as Special Agent In Charge, U.S. Customs and Border Protection; and ADAM HOFFMAN, in his official capacity as Special Agent, U.S. Customs and Border Protection <br><br> *Defendant(s)* | Civil Action No. 3:17-cv-01916 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  **(see attachment)**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Seth P. Waxman
Patrick J. Carome
Ari Holtzblatt
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

SUMMONS

Attachment

Defendants' Names and Addresses:

U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane, SW
Mail Stop 0475
Washington, DC 20528

U.S. Customs and Border Protection
Office of the Chief Counsel
1300 Pennsylvania Avenue, N.W.
Washington, DC 20229

John F. Kelly, in his official capacity as Secretary of Homeland Security
Office of the General Counsel
245 Murray Lane, SW
Mail Stop 0475
U.S. Department of Homeland Security
Washington, DC 20528

Kevin K. McAleenan, in his official capacity as Acting Commissioner
U.S. Customs and Border Protection
Office of the Chief Counsel
1300 Pennsylvania Avenue, N.W.
Washington, DC 20229

Stephen P. Caruso, in his official capacity as Special Agent in Charge
U.S. Customs and Border Protection
11606 City Hall Promenade Suite 400
Miramar, FL 33025

Adam Hoffman, in his official capacity as Special Agent
U.S. Customs and Border Protection
1300 Pennsylvania Ave. N.W. Room 8.3
Washington, D.C. 20229