Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

TWITTER, INC.                                    )
                                                 )    Case No: 3:17-cv-01916
                            Plaintiff(s),        )
                                                 )    **APPLICATION FOR**
        v.                                       )    **ADMISSION OF ATTORNEY**
U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER )    **PRO HAC VICE**
PROTECTION; JOHN F. KELLY, in his official capacity as Secretary of Homeland Security; )    (CIVIL LOCAL RULE 11-3)
KEVIN K. MCALEENAN, in his official capacity as Acting Commissioner, U.S. Customs and )
Border Protection; STEPHEN P. CARUSO, in his official capacity as Special Agent in )
Charge, U.S. Customs and Border Protection; and ADAM HOFFMAN, in his official capacity )
as Special Agent, U.S. Customs and Border Protection,  )
                            Defendant(s).        )

I, Seth P. Waxman                              , an active member in good standing of the bar of
the District of Columbia          , hereby respectfully apply for admission to practice **pro hac vice** in the
Northern District of California representing: Twitter, Inc.                              in the
above-entitled action. My local co-counsel in this case is Mark D. Flanagan                , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Wilmer Cutler Pickering Hale and Dorr LLP | Wilmer Cutler Pickering Hale and Dorr LLP |
| 1875 Pennsylvania Ave., NW, Washington, D.C. 20006 | 950 Page Mill Road, Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 663-6800 | (650) 858-6047 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| seth.waxman@wilmerhale.com | mark.flanagan@wilmerhale.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 257337      .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/06/17                                    Seth P. Waxman
                                                   _____
                                                   APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Seth P. Waxman              is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance **pro hac vice**. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:                                             _____
                                                   UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, *JULIO A. CASTILLO*, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## SETH P. WAXMAN

was on **DECEMBER 15, 1978** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **FEBRUARY 21, 2017**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk