SETH P. WAXMAN (*pro hac vice* pending)
seth.waxman@wilmerhale.com
PATRICK J. CAROME (*pro hac vice* pending)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice* pending)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

MARK D. FLANAGAN (CA SBN 130303)
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff*
**TWITTER, INC.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TWITTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; JOHN F. KELLY, in his official capacity as Secretary of Homeland Security; KEVIN K. MCALEENAN, in his official capacity as Acting Commissioner, U.S. Customs and Border Protection; STEPHEN P. CARUSO, in his official capacity as Special Agent In Charge, U.S. Customs and Border Protection; and ADAM HOFFMAN, in his official capacity as Special Agent, U.S. Customs and Border Protection,<br><br>Defendants. | Case No. 3:17-cv-01916-JCS<br><br>**PLAINTIFF TWITTER, INC.'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)** |

1   NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Twitter, Inc. ("Twitter"), by and through its undersigned counsel, hereby voluntarily dismisses without prejudice all claims against Defendants in the above-captioned matter.

On April 6, 2017, Twitter filed a Complaint in the above-captioned matter.  On April 7, 2017, counsel for Defendants from the Department of Justice contacted counsel for Twitter, to advise that U.S. Customs and Border Protection has withdrawn the summons and that the summons no longer has any force or effect.  Because the summons has now been withdrawn, Twitter voluntary dismisses without prejudice all claims against Defendants in the above-captioned matter.

Dated:  April 7, 2017                              Respectfully submitted,

/s/ Mark D. Flanagan
SETH P. WAXMAN (*pro hac vice* pending)
seth.waxman@wilmerhale.com
PATRICK J. CAROME (*pro hac vice* pending)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice* pending)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

MARK D. FLANAGAN (CA SBN 130303)
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Counsel for Plaintiff Twitter, Inc.*