SETH P. WAXMAN (*pro hac vice* pending)
seth.waxman@wilmerhale.com
PATRICK J. CAROME (*pro hac vice* pending)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice* pending)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

MARK D. FLANAGAN (CA SBN 130303)
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff*
**TWITTER, INC.**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

TWITTER, INC.,

       Plaintiff,

       v.

U.S. DEPARTMENT OF HOMELAND
SECURITY; U.S. CUSTOMS AND
BORDER PROTECTION; JOHN F. KELLY,
in his official capacity as Secretary of
Homeland Security; KEVIN K.
MCALEENAN, in his official capacity as
Acting Commissioner, U.S. Customs and
Border Protection; STEPHEN P. CARUSO,
in his official capacity as Special Agent In
Charge, U.S. Customs and Border Protection;
and ADAM HOFFMAN, in his official
capacity as Special Agent, U.S. Customs and
Border Protection,

       Defendants.

Case No. 3:17-cv-01916-JCS

**PLAINTIFF TWITTER, INC.'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)**

1    NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure

2  41(a)(1)(A)(i), Plaintiff Twitter, Inc. ("Twitter"), by and through its undersigned counsel, hereby

3  voluntarily dismisses without prejudice all claims against Defendants in the above-captioned

4  matter.

5    On April 6, 2017, Twitter filed a Complaint in the above-captioned matter.  On April 7,

6  2017, counsel for Defendants from the Department of Justice contacted counsel for Twitter, to

7  advise that U.S. Customs and Border Protection has withdrawn the summons and that the

8  summons no longer has any force or effect.  Because the summons has now been withdrawn,

9  Twitter voluntary dismisses without prejudice all claims against Defendants in the above-

10  captioned matter.

11

12  Dated:  April 7, 2017                                      Respectfully submitted,

13
                                                              /s/ Mark D. Flanagan
14                                                            SETH P. WAXMAN (*pro hac vice* pending)
                                                              seth.waxman@wilmerhale.com
15                                                            PATRICK J. CAROME (*pro hac vice* pending)
                                                              patrick.carome@wilmerhale.com
16                                                            ARI HOLTZBLATT (*pro hac vice* pending)
                                                              ari.holtzblatt@wilmerhale.com
17                                                            WILMER CUTLER PICKERING
                                                                HALE AND DORR LLP
18                                                            1875 Pennsylvania Avenue, NW
                                                              Washington, D.C. 20006
19                                                            Telephone:  (202) 663-6000
                                                              Facsimile:  (202) 663-6363
20
21                                                            MARK D. FLANAGAN (CA SBN 130303)
                                                              mark.flanagan@wilmerhale.com
22                                                            WILMER CUTLER PICKERING
                                                                HALE AND DORR LLP
23                                                            950 Page Mill Road
                                                              Palo Alto, California 94304
24                                                            Telephone:  (650) 858-6000
                                                              Facsimile:  (650) 858-6100
25
26                                                            *Counsel for Plaintiff Twitter, Inc.*

27

28